ACCEPTED
04-14-00527-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/2/2015 9:10:33 AM
KEITH HOTTLE
CLERK

NO. 04-14-00527-CV

_____

IN THE FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
03/2/2015 9:10:33 AM
KEITH E. HOTTLE
Clerk

_____

ANNA MARIA SALINAS SAENZ, ET AL.,
Appellants,

v.

THORP PETROLEUM CORP., ET AL.,
Appellees

_____

Appeal from the 229th District Court of Starr County, Texas
No. DC-04-120, Hon. Ana Lisa Garza, Presiding

_____

**NOTICE OF CHANGE OF MAILING ADDRESS**
_____

**TO THE HONORABLE FOURTH COURT OF APPEALS:**

Please take notice of the following new mailing address for Kennon L. Wooten and Mark W. Hanna, counsel for Appellee Smith Production Company in this matter:

Scott Douglass & McConnico LLP
Colorado Tower
303 Colorado Street, Suite 2400
Austin, TX 78701
512.495.6300
512.495.6399 (Facsimile)

1186197

This address, which became effective on February 23, 2015, is the result of a move.  The move did not affect the email address of Ms. Wooten or Mr. Hanna.

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas  78701
(512) 495-6300
(512) 495-6399 Fax


By: */s/* Kennon *L. Wooten*

Mark W. Hanna
State Bar No. 24051764
mhanna@scottdoug.com
Kennon L. Wooten
State Bar No. 24046624
kwooten@scottdoug.com

**ATTORNEYS FOR APPELLEE**
**SMITH PRODUCTION INC.**

2

<u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing has been served on all counsel of record on March 2, 2015, as indicated below:

*Via electronic service*
Roger S. Braugh, Jr.
SICO, WHITE, HOELSCHER, HARRIS & BRAUGH, LLP
900 Frost Bank Blaza
802 N. Carancahua
Corpus Christi, TX 78470
rbraugh@swbtrial.com

David George
CONNELLY BAKER WOTRING, LLP
700 JPMorgan Chase Tower
600 Travis Street
Houston, TX 77002
dgeorge@connellybaker.com

*and*

John T. Flood
Flood & Flood
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
john@floodandflood.com
Attorneys for Appellants Anna Maria Salinas Saenz, et al.

*Via Facsimile:* 956-687-6125
Rolando Cantu
LAW FIRM OF ROLANDO CANTU, P.C.
4428 S. McColl
Edinburg, TX 78539
Attorney for Alicia Salinas

3

1186197

*Via electronic service*
Jose Luis Flores
ATTORNEY AT LAW
1111 W. Nolana
McAllen, TX  78504
joe@jlfloreslawfirm.com
Attorney for Eleodora Salinas Del Real, Dalia
Salinas and Jose Manuel Flores

*Via electronic service*
J. Joseph Vale
O.C. Hamilton, Jr.
ATLAS & HALL, L.L.P.
P.O. Drawer 3725
McAllen, TX 78502
jvale@atlashall.com
och@atlashall.com
Attorneys for Luisa M. Ruiz, Norberto Salinas, Fausto Salinas, Rosalinda
Salinas Balderas, Linda Mandes, Ricardo L. Salinas, Veronica Casas
Campbell, Elda Salinas Ponce, Cindy Casas Reyna, Thelma Salinas, Elodia
Salinas, D-FOX, Ltd., and Cynthia M. Villarreal, f/k/a Cindy Casas Reyna

*Via electronic service*
Juan J. Hinojosa
LAW OFFICES OF JUAN J. HINOJOSA
612 W. Nolana Loop, Suite 410
McAllen, TX 78504
jjhinojosa@bizrgv.rr.com
Attorney for Arturo Salinas

*Via electronic service*
C. Frank Wood
Sanchez, Whittington, Zabarte & Wood, L.L.C.
3505 Boca Chica Blvd., Suite 100
Brownsville, TX  78521
fwood@swjz.com
Attorney for Ruben Garcia, et al.

4

1186197

*Via electronic service*
Daniel Robles
ATTORNEY AT LAW
Westoria Building, 1st Floor
420 S. "F" Street
Harlingen, Texas 78550
noemi@dan-robles.com
Attorney for Oscar Garcia, Jr.

*Via electronic service*
Ricardo L. Salinas
SALINAS/FLORES
2011 N. Conway
Mission, Texas 78572
rsalinaslaw@yahoo.com
Attorney for Ricardo Salinas

*Via electronic service*
Rene A. Flores
THE LAW OFFICE OF RENE A. FLORES
2724 W. Canton Road
Edinburg, Texas 78539
rene.flores@yahoo.com
Attorney for Alida Salinas Hernandez, Arnaldo Salinas, Alma Salinas
Munoz, Adelaida Salinas, Aida Salinas Flores, Guadalupe Salinas, Maria
Ester Salinas Cantu, and Maria del Carmen Zamora

*/s/ Kennon L. Wooten*
Kennon L. Wooten

1186197